**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LIBERTY NATIONAL LIFE INSURANCE COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIV. A. NO. 24-384-KD-MU ) |
| **JERRY TANNER GANN** | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, a *de novo* determination of those portions of the Recommendation to which an objection, (Doc. 13), was made, and review of the response to the objection, (Doc. 14), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), (Doc. 12) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant's Partial Motion to Dismiss, (Doc. 4), is **GRANTED** as to Plaintiff's claim for injunctive relief (Count I) and **DENIED** as to Plaintiff's claim for breach of contract (Count II).

**DONE** this **25th** day of **March**, **2025.**

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**